# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| CC10 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6928428 | D. Harris | G12679 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 03/31/2018 2355 | 21 USC 844 ADJ 10A |

Place of Offense: Fort Irwin Main Gate Lane

Offense Description: Factual Basis for Charge   HAZMAT ☐
possession of Marijuana

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Bryant | Michael | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| PM737796 | GA | 15 | Chrysler 200 | | Gray |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Fort Irwin Army Base BLDG 239 3rd St / C Ave Fort Irwin, CA 92310 | 07/12/2018 |
| | Time (hh:mm) 08:30 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _[signature]_

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 04/09/2018 16:2

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 1 APR, 20 18 while exercising my duties as a law enforcement officer in the Central District of California

_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/01/2018   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

| For Official Use Only<br>Law Enforcement Sensitive | |
|---|---|
| **AGENT'S INVESTIGATION REPORT** | LER Number<br>00083-2018-CID146 |
| *CID Regulation 195-1*<br>Contents cannot be released outside law enforcement or Dept. of the Army channels without the approval of the Commander, USACIDC | PAGE 1 OF 1 |

**DETAILS**
CC10
Mr. Michael A. Bryant
XXX-XX-0576
USDCVN VN: 6928428
21 USC 844

INV Harris was notified on 1 Apr 18, at about 1224 by SPC Byron Garcia, Desk Sergeant, Fort Irwin Military Police (FIMP), Directorate of Emergency Services (DES), Fort Irwin, CA 92310 (FICA), that Mr. Bryant was found in possession of Marijuana at the Fort Irwin Main Gate Lane 1, adjacent building 10A, FICA. The plastic bag collected contained a green and brown leafy substance that weighed approximately 2.3 grams.

| TYPED AGENT'S NAME AND SEQUENCE NUMBER:<br>INV Destinee-Victoria L. Harris, G2679 | ORGANIZATION:<br>Fort Irwin CID Office<br>Fort Irwin, CA 92310 | |
|---|---|---|
| SIGNATURE: *[signature]* | DATE:<br>1 Apr 18 | EXHIBIT: |

CID FORM 94

For Official Use Only
Law Enforcement Sensitive